Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
       11332 Mountain View Ave., Suite C
       Loma Linda, California 92354
       Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
       E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

FILED
CLERK. U.S. DISTRICT COURT

JUL 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

ROBBIN FRANKLIN,                 )   No.  EDCV 07-129 RC
                                 )
          Plaintiff,             )   [PROPOSED] ORDER AWARDING
     v.                          )   EAJA FEES
                                 )
MICHAEL J. ASTRUE,               )
COMMISSIONER OF SOCIAL           )
SECURITY,                        )
                                 )
          Defendant.             )
_____ )

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

     IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount

THREE THOUSAND ONE HUNDRED DOLLARS and 00/cents ($3,100.00), as

authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced

Stipulation.

     DATED: 7/24/08

                                   _____
                                   HON. ROSALYN CHAPMAN
                                   UNITED STATES MAGISTRATE JUDGE

-1-